**800**

Charles I. SPIESEL, Appellant,

v.

The CITY OF NEW YORK, Appellee.

No. 371, Docket 29398.

United States Court of Appeals
Second Circuit.

Argued March 10, 1965.

Decided March 30, 1965.

Charles I. Spiesel, pro se.

Joseph N. Friedman, New York City (Leo A. Larkin, Corporation Counsel and Seymour B. Quel, New York City, on the brief), for appellee.

Before SMITH and MARSHALL, Circuit Judges, and METZNER, District Judge.[*]

PER CURIAM:

Appellant Charles Spiesel appeals from an order of the District Court for the Southern District of New York, Edward C. McLean, District Judge, dismissing on defendant's motion, plaintiff's complaint seeking damages against the City of New York for alleged actions of various unnamed police officers and sales tax personnel, on the ground that the complaint failed to state a claim upon which relief can be granted. We agree with the district court's ruling on that branch of defendant's motion and affirm the judgment dismissing the action, D.C., 239 F.Supp. 106.

[*] Sitting by designation.

Eugene WALKER, Appellant,

v.

UNITED STATES of America, Appellee.

No. 22025.

United States Court of Appeals
Fifth Circuit.

April 2, 1965.

Eugene Walker, pro se.

William A. Kimbrough, Jr., Asst. U. S. Atty., Mobile, Ala., Vernol R. Jansen, Jr., U. S. Atty., for appellee.

Before WOODBURY,[*] WISDOM, and BELL, Circuit Judges.

PER CURIAM:

This is an appeal from the denial of a motion under 28 U.S.C.A. § 2255 wherein appellant contends that his indictment charging violations of 26 U.S.C.A. § 4705(a) was defective for failure to specify the person to whom unlawful sales of narcotics were made. This contention was settled adversely to appellant in Jackson v. United States, 5 Cir., 1964, 339 F.2d 210, and Borroto v. United States, 5 Cir., 1964, 338 F.2d 60.

Affirmed.

[*] Of the First Circuit, sitting by designation.